UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| T.J. AHRENS EXCAVATING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-1313-SNLJ |
| ) | |
| AMEC CONSTRUCTION ) | |
| MANANGEMENT, INC.. ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

Currently pending before the Court are defendants' motion for partial summary judgment (#46) and a motion to compel discovery responses (#49). Months after the deadline to respond to the motion for partial summary judgment passed, plaintiff sought and received an extension of time — to June 5, 2014 — by which to respond to the pending motions and to the discovery requests which had been served upon it. (#50, #51.) That date has now passed. Plaintiff has not filed any response, nor has plaintiff sought additional time or otherwise advised the Court as to the status of its case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall advise the Court of its intention to respond to the pending motions by June 19, 2014. Failure to respond to this Court order may result in sanctions, including dismissal without prejudice.

Dated this __16th__ day of June, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE